**No. 10-6551. LaVern Berryhill, Petitioner v. James Hardy Payne, Judge, United States District Court for the Northern District of Oklahoma, et al.**

562 U.S. 999, 131 S. Ct. 554, 178 L. Ed. 2d 367, 2010 U.S. LEXIS 8375.

November 1, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit dismissed. See Rule 39.8.

**No. 137, Original. State of Montana, Plaintiff v. State of Wyoming and State of North Dakota.**

562 U.S. 1000, 131 S. Ct. 551, 178 L. Ed. 2d 367, 2010 U.S. LEXIS 8598.

November 1, 2010. Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted. Justice Kagan took no part in the consideration or decision of this motion.

**No. 09-529. Virginia Office for Protection and Advocacy, Petitioner v. James W. Stewart, III, Commissioner, Virginia Department of Behavioral Health and Developmental Services, et al.**

562 U.S. 1000, 131 S. Ct. 551, 178 L. Ed. 2d 367, 2010 U.S. LEXIS 8649.

November 1, 2010. Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted. Justice Kagan took no part in the consideration or decision of this motion.

**No. 09-1279. Federal Communications Commission, et al., Petitioners v. AT&T Inc., et al.**

562 U.S. 1000, 131 S. Ct. 551, 178 L. Ed. 2d 367, 2010 U.S. LEXIS 8507.

November 1, 2010. Motion of the Acting Solicitor General to dispense with printing the joint appendix granted. Justice Kagan took no part in the consideration or decision of this motion.

**No. 10-218. PPL Montana, LLC, Petitioner v. Montana.**

562 U.S. 1000, 131 S. Ct. 552, 178 L. Ed. 2d 367, 2010 U.S. LEXIS 8540.

November 1, 2010. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

**No. 10-272. John Crane Inc., Petitioner v. Thomas F. Atwell, Jr., Executor of the Estate of Thomas F. Atwell, Deceased.**

562 U.S. 1000, 131 S. Ct. 552, 178 L. Ed. 2d 367, 2010 U.S. LEXIS 8501.

November 1, 2010. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

**No. 10-6059. Lakenya T. Riley, Petitioner v. Union Parish School Board, et al.**

562 U.S. 1000, 131 S. Ct. 552, 178 L. Ed. 2d 367, 2010 U.S. LEXIS 8521,

November 1, 2010. Motion of petitioner for leave to proceed in forma pauperis

denied. Petitioner is allowed until November 22, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-6083. Patricia Mills, Petitioner v. Wayne County Board of Education.**

562 U.S. 1000, 131 S. Ct. 552, 178 L. Ed. 2d 368, 2010 U.S. LEXIS 8477.

November 1, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until November 22, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-6532. Sherry V. Shaw, Petitioner v. John E. Potter, Postmaster General.**

562 U.S. 1001, 131 S. Ct. 552, 178 L. Ed. 2d 368, 2010 U.S. LEXIS 8632.

November 1, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until November 22, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-6618. John-Pierre Baney, Petitioner v. Merit Systems Protection Board.**

562 U.S. 1001, 131 S. Ct. 552, 178 L. Ed. 2d 368, 2010 U.S. LEXIS 8513,

November 1, 2010. Motion of petitioner for leave to proceed in forma pauperis

denied. Petitioner is allowed until November 22, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-1159. Board of Trustees of the Leland Stanford Junior University, Petitioner v. Roche Molecular Systems, Inc., et al.**

562 U.S. 1001, 131 S. Ct. 502, 178 L. Ed. 2d 368, 2010 U.S. LEXIS 8553.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit granted.

Same case below, 583 F.3d 832.

**No. 09-11121. J.D.B., Petitioner v. North Carolina.**

562 U.S. 1001, 131 S. Ct. 502, 178 L. Ed. 2d 368, 2010 U.S. LEXIS 8528.

November 1, 2010. Motion of Juvenile Law Center, et al. for leave to file a brief as amici curiae granted. Motion of petitioner for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the Supreme Court of North Carolina granted.

Same case below, 363 N.C. 664, 686 S.E.2d 135.

**No. 09-11328. Willie Gene Davis, Petitioner v. United States.**

562 U.S. 1002, 131 S. Ct. 502, 178 L. Ed. 2d 368, 2010 U.S. LEXIS 8511.

November 1, 2010. Motion of petitioner for leave to proceed in forma pauperis